BERTHA WATKINS, RESPONDENT, v. E. HERMAN FEINBERG, APPELLANT.

Submitted October 30, 1942—Decided January 22, 1943.

For the respondent, *Abraham L. Motolinsky.*

For the appellant, *Wilbur A. Stevens.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. BENTLEY BOOTERY, INC., ET AL., PLAINTIFF IN ERROR.

Argued October 20, 1942—Decided January 22, 1943.

For the defendant in error, *William A. Wachenfeld,* Prosecutor of the Pleas.

For the plaintiff in error, *Kessler & Kessler, John J. Clancy* and *Riker, Marsh & Shipman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.

MERLIN F. RAINES, APPELLANT, v. UNEMPLOYMENT COMPENSATION COMMISSION OF NEW JERSEY, RESPONDENT.

Argued October 23, 1942—Decided January 22, 1943.

For the appellant, *Louis B. LeDuc.*

For the respondent, *Charles A. Malloy.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.